UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AGRIFUND, LLC | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 2:25-cv-00157-Z |
| | § | |
| TEXHOMA WHEAT GROWERS, INC. | § | |
| *Defendant.* | § | |

## REPORT OF MEDIATOR

The undersigned mediated this case in Amarillo on June 15, 2026.  The plaintiff and defendant, as well as their respective counsel, attended the mediation.  Despite not reaching a settlement at the conclusion of the mediation session, the mediation process remains open.  A mediator's proposal has been delivered to the plaintiff and defendant.  The proposal remains open until 5:00 p.m. on Friday June 26, 2026.  The undersigned will file a supplemental report to advise the court whether a settlement was reached as a result of the mediator's proposal.

Respectfully submitted.

*Jim Hund*

Jim Hund
HUND, KRIER, WILKERSON & WRIGHT, P.C.
P.O. Box 53415
Lubbock, Texas 79453
TSBN: 10277800
Telephone: (806) 787-6098
Email: jhund@hkwwlaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have served this report on all counsel of record on June 17, 2026 with requests that one or both of them file the same with court through its Electronic Case Filing System.

*Jim Hund*

Jim Hund