UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AGRIFUND, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| TEXHOMA WHEAT GROWERS, INC., | § | |
| | § | Civil Action No. 2:25-cv-00157-Z |
| *Defendant and* | § | |
| *Third-Party Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| JOHAN HEINRICHS, LEGACY | § | |
| NORTH FARMS, LLC, and SET | § | |
| APART FARMS & PARTNERSHIP. | § | |
| | § | |
| *Third-Party Defendants*. | § | |

### **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Agrifund, LLC, and Defendant, Texhoma Wheat Growers, Inc., hereby stipulate to the dismissal with prejudice of (1) all claims asserted by Plaintiff against Defendant in the above-captioned action and (2) all claims asserted by Defendant against Plaintiff in the above-captioned action.

Pursuant to Rule 41(c)(1), Defendant is not dismissing its Third-Party Complaint against Third-Party Defendants Johan Heinrichs, Legacy North Farms, LLC, and Set Apart Farms & Partnership. Defendant's third-party claims remain pending and are unaffected by this Stipulation.

Signed this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE

1

**AGREED:**

| | |
|---|---|
| */s/ Sarah E. Courtney (by permission)* | */s/ John Smithee, Jr.* |
| Stephanie M. Almeter<br>State Bar No. 24078141<br>salmeter@mccathernlaw.com<br>Sarah E. Courtney<br>State Bar No. 24142805<br>scourtney@mccathernlaw.com | Mike Smiley<br>State Bar No. 18526550<br>Mike.Smiley@uwlaw.com<br>John Smithee, Jr.<br>State Bar No. 24098449<br>John.Smithee@uwlaw.com |
| McCathern Shokouhi Evans PLLC<br>3710 Rawlins Street, Suite 1600<br>Dallas, Texas 75219<br>Telephone: (214) 741-2662<br>Facsimile: (214) 741-4717 | UNDERWOOD LAW FIRM, P. C.<br>P. O. Box 9158<br>Amarillo, Texas 79105<br>(806) 376-5613<br>FAX (806) 379-0316 |
| **ATTORNEYS FOR DEFENDANT** | **ATTORNEYS FOR PLAINTIFF** |
| | |